# Court of Appeals
# of the State of Georgia

ATLANTA,  August 06, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2441. MARCUS MOORE v. THE STATE.**

A jury found Marcus Moore guilty of two counts of malice murder and other crimes.[1] Moore subsequently filed a pro se motion for out-of-time appeal, which the trial court dismissed. Moore appealed this ruling, and the appeal was transmitted to this Court.[2]

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death can be imposed for the crime of murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (a), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring). Accordingly, Moore's appeal is hereby TRANSFERRED to the Supreme Court for disposition.

---

[1] Rather than proceeding to the penalty phase of the trial, Moore entered a negotiated plea to a life sentence. The Supreme Court addressed the validity of the sentence in *Moore v. State*, 293 Ga. 705 (749 SE2d 660) (2013).

[2] Moore's notice of appeal purports to direct the appeal to the United States Court of Appeals for the Eleventh Circuit. But the notice of appeal also provides that "[t]he Court of Appeals of Georgia[] has jurisdiction over this appeal." We have construed this notice of appeal liberally as we are required to do. See OCGA § 5-6-30.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, 08/06/2019*
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

               *, Clerk.*